**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steed Bert YOUVELLA, Defendant– Appellant.**

**No. 09–10238.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Karla Delord, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Anne M. Williams, Esquire, Law Office of Anne M. Williams, Tempe, AZ, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Steed Bert Youvella appeals from the 46–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Youvella contends the district court abused its discretion by imposing special

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

conditions of supervised release requiring sex offender treatment. The valid and enforceable appeal waiver precludes our review of this contention. *See United States v. Watson,* 582 F.3d 974, 981–88 (9th Cir.2009); *see also United States v. Joyce,* 357 F.3d 921, 924 (9th Cir.2004) (where defendant waives right as conferred by 18 U.S.C. § 3742 to appeal sentence, that waiver includes right to appeal all forms of punishment listed in that statute, including any term of imprisonment, fines, and conditions of supervised release).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.